# BIRMINGHAM DISTRICT OFFICE

## CONSENT TO MEDIATION

I understand that if I consent to mediation of my charge, and my charge is selected for mediation; the charge will be mediated by the EEOC ADR Administrator who is a certified mediator or by another neutral mediator who is not employed by the Commission.

I understand the mediation process is voluntary and I am under no obligation to have my charge mediated. I understand that the mediation process is non-binding. I understand that I can opt out of mediation at any time without adversely affecting the way the EEOC will process my charge. If my charge is not resolved through mediation, it will be processed through EEOC's charge processing procedure. Should my charge be resolved through mediation, the EEOC will terminate its processing of my charge.

I understand that the mediation process is confidential. I will not disclose any information discussed within the mediation process or the outcome of the mediation process. I do authorize the mediator to disclose to the EEOC's Birmingham District Office the final results of the mediation process and any benefits received. This is for ADR program evaluation purposes only.

I understand that I am free to engage private legal counsel to represent me in the mediation process.

If my charge is selected for mediation, I agree to cooperate with the EEOC and the mediator toward resolving my charge.

I am interested in participating in the mediation process:

_Nabana Leekland_                                        Date _5/30/08_
Charging Party
Signature

I am **not** interested in participating in the mediation process:

_____                                        Date _____
Charging Party
Signature

_420-2008-02318_
Charge Number

RECEIVED
EEOC

JUN - 3 2008

BIRMINGHAM DISTRICT OFFICE

420-2008

RECEIVED
EEOC

MAY 0 8 2008

BIRMINGHAM DISTRICT OFFICE



# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete the entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, generally within 180 days or in some places 300 days of the alleged discrimination. Upon receipt, this form will be reviewed to determine EEOC coverage. **Answer all questions as completely as possible, and attach additional pages if needed to complete your response(s). If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "n/a." Please Print.**

**1.     Personal Information**

Last Name: *Kirkland*     First Name: *Sabrina*     MI:

Street or Mailing Address: *1026 Washington Ave*     Apt Or Unit #:

City: *Montgomery*     County:     State: *AL*     ZIP: *36104*

Phone Numbers: Home: (*334*) *281-1169*     Work: (   )

Cell: (   )     Email Address: *Sablsha@aol.com*

Date of Birth: *9/3/49*     Sex: Male ☐   Female: ✓   Do You Have a Disability? Yes ☐  No ☑

Please answer each of the next three questions.  i. Are you Hispanic or Latino?   Yes ☐  No ☑

ii. What is your Race? Please choose all that apply.   ☐ American Indian or Alaska Native     ☐ Asian

☑ Black or African American     ☐ Native Hawaiian or Other Pacific Islander     ☐ White

iii. What is your National Origin?

**Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: *Minnie Lowery*     Relationship: *Mother*

Address: *1026 Washington Ave*  City: *Montgomery*     State: *AL*   Zip Code: *36104*

Home Phone: (*334*) *269-0876*  Other Phone: (   )

**I believe that I was discriminated against by the following organization(s):  (Check those that apply)**

Employer ✓     Union     Employment Agency     Other (Please Specify)

**2.     Organization Contact Information**

Organization #1 Name: *Montgomery Professional Baseball Club LLC.*

Address: *1560 Sherman Ave Suite 950*  County:

City: *Evaston*     State: *IL*  Zip: *30201*   Phone: (*847*) *866-9889*

Type of Business: *Professional baseball*  Job Location if different from Org. Address: *Montgomery, AL*

Human Resources Director or Owner Name: *Tom Dixon, Cherry Miles*   Phone: *334-323-2255*

Number of Employees in the Organization at All Locations: Please Check (√) One

Less Than 15 ☐     15 - 100 ☐     101 - 200 ☐     201 - 500 ☑     More 500 ☐

Organization #2 Name: *Montgomery Professional Baseball Club LLC.*

Address: *300 Coosa Street*     County: *Montgomery*

City: *Montgomery*     State: *AL*  Zip: *36104*   Phone: (*334*) *323-2255*

2

Type of Business: *Professional baseball*   Job Location if different from Org. Address: *Montgomery*

Human Resources Director or Owner Name: *Tom Dixon + Cherry Miles*   Phone: *334-323-2255*

Number of Employees in the Organization at All Locations: Please Check (√) One

Less Than 15 ☐   15 - 100 ☐   101 - 200 ☐   201 - 500 ☑   More 500 ☐

3.  **Your Employment Data** (Complete as many items as you can)

Date Hired: *MARCH 2006*   Job Title At Hire: *Suite Server*

Pay Rate When Hired: *2.52/Tips*   Last or Current Pay Rate: *2.52/Tips*

Job Title at Time of Alleged Discrimination: *Suite Server*

Name and Title of Immediate Supervisor:

If Applicant, Date You Applied for Job *March 4*   Job Title Applied For *Suite Server*

4.  **What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you are over the age of 40 and feel you were treated worse than younger employees **or** you have other evidence of discrimination, you should check (√) **AGE**. If you feel that you were treated worse than those not of your race **or** you have other evidence of discrimination, you should check (√) **RACE**. If you feel the adverse treatment was due to multiple reasons, such as your sex, religion and national origin, you should check all three. If you complained about discrimination, participated in someone else's complaint or if you filed a charge of discrimination and a negative action was threatened or taken, you should check (√) **RETALIATION**.*

Race ☑   Sex ☐   Age ☑   Disability ☐   National Origin ☐   Color ☐   Religion ☐   **RECEIVED**   Pregnancy ☐
**EEOC**

Other reason (basis) for discrimination (Explain).

MAY 0 9 2008

5.  **What happened to you that you believe was discriminatory?   Include the date(s) of harm, action(s) and include the name(s) and title(s) of the persons who you believe discriminated** **BIRMINGHAM DISTRICT OFFICE** 04/02/06 -
Written Warning from Supervisor, Mr. John Soto)

A)  Date: _____   Action: _____

Name and Title of Person(s) Responsible: _____

B)  Date: _____   Action: _____

Name and Title of Person(s) Responsible: _____

Describe any other actions you believe were discriminatory.

*On the position of Suite Server for the Montgomery Biscuits for the past 2 yrs, it was their policy to automatic rehire you as long as you were in good standings with the Company. There were some that had been there for 4 yrs. (all African Americans) When I called to let them know that I would be returning as done previous times. No one returned my call. On March 4 they had open hiring + Interviews. So*

(Attach additional pages if needed to complete your response.)

3

6.  What reason(s) were given to you for the acts you consider discriminatory?  By whom?  Title?

*I WAS Called to Attend Orientation, which is Considered as being hired. After Orientation JASON Wilson informed me that they were Not Sure which position, I would be placed in and would receive a call by March 22,2008, but I Never receive the call ever after trying to Contact him Several times,*

7.  Name and describe others who were in the same situation as you.  Explain any similar or different treatment.  Who was treated worse, who was treated better, and who was treated the same?  Provide race, sex, age, national origin, religion, and/or disability status of comparator if known and if connected with your claim of discrimination.  Add additional sheets if needed.

| Full Name | Job Title | Description |
|-----------|-----------|-------------|
| 1. *N/A* | | |
| 2. | | |
| 3. | | |

Answer questions 8-10 only if you are claiming discrimination based on disability.  If not, skip to question 11.

8.  Please check all that apply:

☐  Yes, I have an actual disability

☐  I have had an actual disability in the past

☐  No disability but the organization treats me as if I am disabled

9.  If you are alleging discrimination because of your disability,  what is the name of your disability?  How does your disability affect your daily life or work activities, e.g., what does your disability prevent or limit you from doing, if anything?  (Example:  lifting, sleeping normally, breathing normally, pulling, walking, climbing, caring for yourself, working, etc.).

_____

_____

_____

_____

_____

10.  Did you ask your employer for any assistance or change in working condition because of your disability?

Yes ☐     No ☐

Did you need this assistance or change in working condition in order to do your job?

Yes ☐     No ☐

If "YES" cause?                    To whom did you make the request?  Provide full name of person                    How did you ask verbally or in writing?

Describe the assistance or change in working condition requested?

_____

_____

_____

4

11. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and indicate what they will say. Add additional pages if necessary.

A.
   NAME                JOB TITLE           ADDRESS & PHONE NUMBER
   N/A

B.
   NAME                 JOB TITLE           ADDRESS & PHONE NUMBER
   N/A

C.
   NAME                 JOB TITLE           ADDRESS & PHONE NUMBER
   N/A

12. Have you filed a charge previously in this matter with EEOC or another agency?   Yes ☐   No ☑

13. If you have filed a complaint with another agency, provide name of agency and date of filing:

14. Have you sought help about this situation from a union, an attorney, or any other source?
Yes ☐   No ☑  - If yes, from whom and when? Provide name of organization, name of person you spoke with and date of contact. Results, if any?

_Sabrina Kirkland_           _5/2/08_
Signature               Today's Date

**PRIVACY ACT STATEMENT:** This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:

1. FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (10/2006).
2. AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a)
3. PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information in an acceptable form consistent with statutory requirements to enable the Commission to act on matters within its jurisdiction. When this form constitutes the only timely written statement of allegations of employment discrimination, the Commission will, consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(b), consider it to be a sufficient charge of discrimination under the relevant statute(s).
4. ROUTINE USES. Information provided on this form will be used by Commission employees to determine the existence of facts relevant to a decision as to whether the Commission has jurisdiction over allegations of employment discrimination and to provide such charge filing counseling as is appropriate. Information provided on this form may be disclosed to other State, local and federal agencies as may be appropriate or necessary to carrying out the Commission's functions. Information may also be disclosed to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring into the suitability for employment or security clearances.
5. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. The provision of this information is voluntary but the failure to provide information requested may result in the Commission being unable to begin or continue an investigation of a charge of discrimination. There is no statute that this can be used to provide the required information.

I attended Qust to talk to my
Previous Supervisor DREW BASS, to find
that he WAS no longer there and
that Ben BLANKENSHIP WAS NOW OVER
Catering & Suite Sever, Ben Blankenship
Came out & asked me to Come into
the room where they were Interviewing
& Proceeded to ask me how I thought
things were handled last year by
Drew BASS. after I spoke briefly, he
went on to say that they are making
Changes, because there had been Complaints
of Solicitation going on by Some of
the Server, and were rehiring on
an Individual basis, and for me to
fill out an application, I did
and waited for an Interview only
for Ben Blankenship to come out
and tell me that the interviewing
WAS over & he would Call. I thought
that WAS Strange Considering they
were Still interviewing People, it was
only 11am & WAS not ending until 1pm.
but I Said OK & left, I WAS Called
a week later and told to be
at orientation on march 11, 2008,
I attended the first Session, after
the meeting everybody went into
Separate groups, I asked Gason Wilson
Where WAS Ben BLANKENSHIP, he
went on to tell me that Ben Blankenship
had been transfered, & everything WAS
all messed up & he had to figure

out what happened with the hiring, he said he would call me by March 22, 2008 & that if I was not a Suite Server, he would find me a position in the Company. I could not Understand why I would not be Considered as a Suite Server. I am well qualified as a retired Flight Attendant, and also worked for the Biscuits for 2 yrs. After a week & not hearing from Jason Wilson, I called him several times & left messages, he never returned my call.

I could tell at the orientation they were all new girl all of them were white & younger, the Suite Server are some of the highest paid employee & a lot of people were jeolous about the amount of money you recieved as a tip. the tips can run from $200-460 dollar a night. the supervisor want women or girls in there they can date or go out with, which is against company policy. Ben Blankenship also told me that the owner in a meeting told the Supervisors to fire everyone & start over and hire new people. I want to know why I was not rehired as a Suite Server or offered a position, a position comforble to that position.

I Need a hearing for consideration for disability because the date stated for disability as recorded for 12/31/07 are incorrect.

you State you have made multiple attempts to document my claim, as recorded by C.J. Underwood MD I was not diagnose with Glaucoma until May 6 2008, After recieving treatment from C.J. Underwood md. I was refered to Alan M. Babb MD for a consultative exam, which determined that I had a Stroke in right eye, & showed evidence of complete Blindness in my right eye.

## EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### AGREEMENT OF NONDISCLOSURE

Pursuant to Section 705g(1) of Title VII, the EEOC shall have power to cooperate with private individuals in order to accomplish the purposes of Title VII.  This same authority also applies to actions under the Americans with Disabilities Act.

### PERSON REQUESTING DISCLOSURE

| X | CHARGING PARTY | | RESPONDENT | | AGGRIEVED PERSON ON WHOSE BEHALF CHARGE IS FILED | AGGRIEVED PERSON IN COMMISSIONER CHARGE | NAMED PARTY IN CLASS ACTION |
|---|---|---|---|---|---|---|---|

ATTORNEY REPRESENTING

| | CP | | RESPONDENT | | AGGRIEVED PERSON ON WHOSE BEHALF CHARGE IS FILED | AGGRIEVED PERSON IN COMMISSIONER CHARGE | NAMED PARTY IN CLASS ACTION |
|---|---|---|---|---|---|---|---|

**CHARGE NUMBER(S) OF FILE(S) TO BE DISCLOSED**

420-2008-02318

### STATEMENT

I   Sabrina Kirkland _____ , request disclosure of Commission case file(s) in

(Typed name)

connection with contemplated or pending litigation. I agree that the information disclosed to me will not be made

public or used except in the normal course of a civil action or other proceeding instituted under Title VII or the

Americans with Disabilities Act involving such information.

In witness whereof, this agreement is entered into as of the _____ day of _____ 20 ____

by the Equal Employment Opportunity Commission representative named below and the person requesting

disclosure.

_Sabrina Kirkland_          334-281-1169

Person requesting disclosure (Signature and telephone number/area code)

1026 Washington Ave   Montgomery, AL   36104

Complete address

EEOC representative (Signature and title)

EEOC FORM 167 (10/94)

# CASE LOG

### (Continue on Reverse)

| Charge No. **REDACTED** | Respondent | | Charging Party |
|---|---|---|---|

| Date | Action | Entered By | Reviewed/ Approved |
|---|---|---|---|
| 6/3 | CHARGE RECEIVED | APSM | |
| 6/4 | TO LEGAL FOR ASSESSMENT | | |
| 6/4 | RETURNED FROM LEGAL | | |
| 6/4 | CHARGE SERVED (131 MAILED) ⟋⟍ MEDIATION FORMS | | |
| | CHARGE TO ENFORCEMENT UNIT _____ FOR ASSIGNMENT | | |
| | CHARGE TO ADR FOR ASSIGNMENT | | |
| 5/23 | Phone interview Charge drafted and mailed | APSM | |
| | Jim Dickson ˢᵒʷⁿᵉʳ Sherise Myers Greg Rauch - President /GM | | |
| 8/25/08 | | APSM | |
| | Inv. contacted CD & left msg for her to return call & Inv. rec'd email from RLR - Inv. analyzed email data | | |

EEOC Form 159 (10/94)

| | Side 2 | | |
|---|---|---|---|
| Date | Action | Entered By | Reviewed/ Approved |
| | **REDACTED** | | |
| / / | | | |
| 9/3/08 | "CP" contacted inv. – No response from LLR as of today. | DM | |
| | Inv. organize + analyze response form CP | DM | |
| 9/18/08 | Inv. attempt to contact CP – Left msg w/ husband. | DM | |
| 9/23/08 | Inv. conducted PDI w/ CP @ 9:40 a.m. | DM | |
| | Inv. submits file to Supv for approval | DM | |
| 9/23/08 | N/C LOD submitted for approval | DM | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Reverse of Form 159  (10/94)

## PRE-DETERMINATION INTERVIEW WITH CHARGING PARTY
## SUMMARY SHEET

**MEMO TO FILE**          **DATE:** 09/23/08          **TIME:** 9:40 a.m.

**By Phone:** _____X_____          **By Mail:** _____          **In Person:** _____

**Charge No:** 420 2008 02318          **Style:** Montgomery Professional Baseball Club

**Evidence/Rationale Given to Charging Party:**

Investigator contacted Charging Party (CP) and discussed the Respondent's position statement dated July 3, 2008. Charging Party alleges that she was not retained as a Seasonal Suite Server because of her age, 58, and because of her race, Black. Charging Party also alleges that she had worked for the employer for the past two (2) years. Respondent contends that they decided not to rehire Charging Party, but that it had nothing to do with her race or age. Respondent further contends that they decided to keep only four (4) Suite Servers from the previous year. Respondent also contends that of the four employees, they retained one African-American male age 25, one 41-year-old female Asian, and one 42-year-old African-American female. Charging Party was counseled regarding the issuance of a NRTS and her rights to file her case in federal court within 90 days from receipt of the NRTS.

Devoralyn J. McGhee
Federal Investigator

07/03/2008  12:37    3343232225                                    PAGE  01

# handbook receipt
# and acknowledgment

I have received a copy of the Montgomery Professional
Baseball Club, LLC, D/B/A Montgomery Biscuits,
Employee Handbook and Rules & Regulations, dated 3/06.
I agree to read the Handbook and follow it during my
employment with the Company. I further understand that it
may be amended at any time. In that case, changes will be
communicated to me.

_____  _3/21/06_

Employee Signature                      Date

_____

Print Name

Please return this signed form to the Business Manager
when you receive your handbook.

23

## MAILING INSTRUCTIONS

CHARGE NO.          **420 2008 02318**

<u>CHARGING PARTY</u>

|  |  |
|---|---|
| Name | **Sabrina Kirkland** |
| Street Address | **1026 Washington Avenue** |
| City, State & Zip | **Montgomery, AL 36104** |
| Tel. No.(w/ area code) | **(334) 281-1169** |

<u>CHARGING PARTY ATTORNEY</u>

|  |  |
|---|---|
| Name | |
| Firm | |
| Street Address | |
| City, State & Zip | |
| Tel. No.(w/ area code) | |

Correct name and address of Respondent and Respondent's Representative to whom correspondence (decision, etc.) should be mailed:

**Montgomery Professional Baseball CLUB**

**200 Coosa Street**

**Montgomery, AL 36104**

**(334) 323-2255**

If there is an attorney, other than Respondent's Representative named above, give correct name, firm, and address. (If the attorney is not an "in house" attorney, give name of a Respondent Representative (above) to whom copies should be mailed.

**Jonathan Harris, Director of Finance and Human Resources**

**1515 Sherman Avenue, Suite 2S**

**Evanston, IL 60201**

**(847) 866-9889**

| Coding Information: | CLR-C. P. Legal Representative | RLR-Legal Representative |
|---|---|---|
| | CPR-CP Representative | RPC-Contact Information |
| | CPC-Contact Information | ROF-Requesting Official |

EEOC Form 161 (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Sabrina Kirkland<br>1026 Washington Avenue<br>Montgomery, AL. 36104 | From: | Birmingham District Office<br>Ridge Park Place<br>1130 22nd Street, South, Suite 2000<br>Birmingham, AL 35205-1130 |
|---|---|---|---|

| ☐ | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a)) | | |
|---|---|---|---|
| **EEOC Charge No.** | | **EEOC Representative** | **Telephone No.** |
| **420 2008 02318** | | **Devoralyn J. McGhee, Investigator** | **(205) 212-2070** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statues.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your **receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Beverly S. Hinton for*
Delner Franklin-Thomas, District Director

09/26/08
(Date Mailed)

Enclosure(s)

cc: **Jonathan Harris, Director of Finance and Human Resources**

## EMPLOYMENT PRACTICES

# Equal Opportunity

Montgomery Professional Baseball Club, LLC extends an equal opportunity to all to apply for available positions regardless of race, color, creed, national origin or sex. A person's value as an employee or applicant is determined by Montgomery Professional Baseball Club, LLC based upon his or her training, experience, output and particular sensitivity to other people, whether he or she is applying for a new position, being transferred or promoted.

# At-Will Employment Relationship

You have voluntarily entered into your employment relationship with us, and accordingly are free to resign at any time, with or without cause or reason, with or without prior notice. Similarly, we may terminate this relationship at any time, with or without cause or reason, with or without prior notice. This mutual relationship is called "employment at-will." In accepting or continuing your employment with us, you agree that our relationship is, and always has been, strictly voluntary and at-will on both sides. Nothing in this handbook, or in any other document issued by Montgomery Professional Baseball Club, L.L.C. or its representatives will alter this at-will relationship.

### Handbook not a Contract

This handbook has been provided to you for the purpose of acquainting you with Montgomery Professional Baseball Club responsibilities. It does not constitute a contract of employment in whole or in part. Montgomery Professional Baseball Club, LLC may add to or delete any of the contents at any time.

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 420-2008-02318 |

and EEOC

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Sabrina Kirkland** | **(334) 281-1169** | **09-03-1949** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1026 Washington Avenue, Montgomery, AL 36104** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **MONTGOMERY PROFESSIONAL BASEBALL CL** | **201 - 500** | **(334) 323-2255** |

| Street Address | City, State and ZIP Code |
|---|---|
| **200 Coosa Street,  Montgomery, AL 36104** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☒ AGE   ☐ DISABILITY   ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **03-22-2008**   Latest **03-22-2008**

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a 58 year old Black female who applied with the above named employer on March 1, 2008, as a seasonal suite server. I worked with the employer for the past two years. During the application process on March 1, 2008, I was told that changes would be made and employees who had worked the previous year would not be rehired. I attended the March 10, 2008, orientation and the supervisor said I would receive a call on March 22, 2008. The employer failed to hire me and to my knowledge, a younger White female who had only worked with the employer the previous year was rehired.

I believe I have been discriminated against because of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended. I also believe I have been discriminated against because of my age in violation of the Age Discrimination in Employment Act of 1967.

RECEIVED
EEOC

JUN – 3 2008

BIRMINGHAM DISTRICT OFFICE

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 5/30/08 _____ Date   Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC FORM 131 (5/01)

## U.S. Equal Employment Opportunity Commission

| | PERSON FILING CHARGE |
|---|---|
| Mr. Greg Rauch<br>President/ General Manager<br>MONTGOMERY PROFESSIONAL BASEBALL CL<br>200 Coosa Street<br>Montgomery, AL 36104 | **Sabrina Kirkland** |

THIS PERSON (check one or both)

☐ Claims To Be Aggrieved

☐ Is Filing on Behalf of Other(s)

EEOC CHARGE NO.
**420-2008-02318**

## NOTICE OF CHARGE OF DISCRIMINATION
*(See the enclosed for additional information)*

This is notice that a charge of employment discrimination has been filed against your organization under:

☒ Title VII of the Civil Rights Act            ☐ The Americans with Disabilities Act

☒ The Age Discrimination in Employment Act     ☐ The Equal Pay Act

The boxes checked below apply to our handling of this charge:

1. ☐ No action is required by you at this time.

2. ☐ Please call the EEOC Representative listed below concerning the further handling of this charge.

3. ☒ Please provide by **04-JUL-08** a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. ☐ Please respond fully by _____ to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. ☒ EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by **18-JUN-08** to **Debra B. Leo, ADR Coordinator, at (205) 212-2146**
If you <u>DO NOT</u> wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

**Veneda K. Jordan,**
**Intake Supervisor**

*EEOC Representative*

*Telephone*   **(205) 212-2129**

**Birmingham District Office**
**Ridge Park Place**
**1130 22nd Street, South**
**Birmingham, AL 35205**

Enclosure(s): ☒ Copy of Charge

### CIRCUMSTANCES OF ALLEGED DISCRIMINATION

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN   ☒ AGE   ☐ DISABILITY   ☐ RETALIATION   ☐ OTHER

**See enclosed copy of charge of discrimination.**

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| **June 4, 2008** | **Delner Franklin-Thomas,**<br>**District Director** | *Delner Franklin-Thomas* |

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 420-2008-02318 |

and EEOC

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.)<br>**Sabrina Kirkland** | Home Phone (Incl. Area Code)<br>**(334) 281-1169** | Date of Birth<br>**09-03-1949** |
|---|---|---|

| Street Address<br>**1026 Washington Avenue, Montgomery, AL 36104** | City, State and ZIP Code | |
|---|---|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**MONTGOMERY PROFESSIONAL BASEBALL CL** | No. Employees, Members<br>**201 - 500** | Phone No. (Include Area Code)<br>**(334) 323-2255** |
|---|---|---|

| Street Address<br>**200 Coosa Street,  Montgomery, AL 36104** | City, State and ZIP Code | |
|---|---|---|

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|

| Street Address | City, State and ZIP Code | |
|---|---|---|

DISCRIMINATION BASED ON (Check appropriate box(es).)

| ☒ RACE | ☐ COLOR | ☐ SEX | ☐ RELIGION | ☐ NATIONAL ORIGIN |
|---|---|---|---|---|
| ☐ RETALIATION | ☒ AGE | ☐ DISABILITY | ☐ OTHER (Specify below.) | |

DATE(S) DISCRIMINATION TOOK PLACE

| Earliest<br>**03-22-2008** | Latest<br>**03-22-2008** |
|---|---|

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a 58 year old Black female who applied with the above named employer on March 1, 2008, as a seasonal suite server. I worked with the employer for the past two years. During the application process on March 1, 2008, I was told that changes would be made and employees who had worked the previous year would not be rehired. I attended the March 10, 2008, orientation and the supervisor said I would receive a call on March 22, 2008. The employer failed to hire me and to my knowledge, a younger White female who had only worked with the employer the previous year was rehired.

I believe I have been discriminated against because of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended. I also believe I have been discriminated against because of my age in violation of the Age Discrimination in Employment Act of 1967.

RECEIVED
EEOC

JUN – 3 2008

BIRMINGHAM DISTRICT OFFICE

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| *5/30/08*<br>Date          *Sabrina Kirkland*<br>Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA <br> ☒ EEOC | 420-2008-02318 |
| | | and EEOC |

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Sabrina Kirkland** | **(334) 281-1169** | **09-03-1949** |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **1026 Washington Avenue, Montgomery, AL 36104** | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **MONTGOMERY PROFESSIONAL BASEBALL CL** | **201 - 500** | **(334) 323-2255** |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **200 Coosa Street, Montgomery, AL 36104** | | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☒ AGE   ☐ DISABILITY   ☐ OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **03-22-2008**   Latest **03-22-2008**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I am a 58 year old Black female who applied with the above named employer on March 1, 2008, as a seasonal suite server. I worked with the employer for the past two years. During the application process on March 1, 2008, I was told that changes would be made and employees who had worked the previous year would not be rehired. I attended the March 10, 2008, orientation and the supervisor said I would receive a call on March 22, 2008. The employer failed to hire me and to my knowledge, a younger White female who had only worked with the employer the previous year was rehired.

I believe I have been discriminated against because of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended. I also believe I have been discriminated against because of my age in violation of the Age Discrimination in Employment Act of 1967.

**RECEIVED**
**EEOC**

JUN - 3 2008

**BIRMINGHAM DISTRICT OFFICE**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. <br> SIGNATURE OF COMPLAINANT |
| 5/30/08 — Date     *Sabrina Kirkland* Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Birmingham District Office**

Ridge Park Place
1130 22nd Street, Suite 2000
Birmingham, AL  35205
National Contact Center: 800-669-4000
National Contact Center TTY: 800-669-6820
Birmingham Status Line: 866-408-8075
Birmingham Direct Dial: (205) 212-2148
TTY (205) 212-2112
FAX (205) 212-2105

Respondent: MONTGOMERY PROFESSIONAL BASEBALL
EEOC Charge No.: 420-2008-02318

May 23, 2008

Ms. Sabrina Kirkland
1026 Washington Avenue
Montgomery, AL 36104

Dear Ms. Kirkland,

This is with reference to your recent inquiry (an office visit, phone call, or correspondence) in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to one or more of the following laws:

[X]   Title VII of the Civil Rights Act of 1964 (Title VII)

[X]   The Age Discrimination in Employment Act (ADEA)

[ ]   The Americans with Disabilities Act (ADA)

[ ]   The Equal Pay Act (EPA)

The attached EEOC Form 5, Charge of Discrimination, was drafted as a result of the information provided.  To enable proper handling of this action by the Commission you should:

(1)   Review the enclosed charge form and make corrections if needed on a *separated sheet*.

(2)   Sign and date the charge in the bottom left hand block where I have made an "X ". **You do not need to have the forms notarized.**

(3)   Return the signed charges to this office in the enclosed envelope and a date stamped copy will be mailed back to you.

(4)   There is also a Mediation pamphlet and form attached. Please sign the appropriate response and return it with the charge forms.

Since charges should be processed within the time limits imposed by law, *please complete these steps within 30 days or your charge may be dismissed with no further action*.  Please call me at the number listed below if you have any questions.

Please use the "EEOC Charge No." listed at the top of this letter whenever you call us about this charge. Please notify this office of any change in address or of any prolonged absence from home.  Failure to cooperate in this matter may lead to dismissal of the charge.

Sincerely,

Angela B. Morrissette
Investigator Support Assistant
(205) 212-2091