IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SABRINA KIRKLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:08-CV-915-WKW |
| | ) |
| GREG RAUCH, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

There being no objections filed to the Order and Recommendation of the Magistrate Judge (Doc. # 8-2), and upon an independent review of the file, it is ORDERED that the Report and Recommendation is adopted and that Plaintiff's Amended Complaint (Doc. # 7), is DISMISSED without prejudice without further opportunity for amendment and prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B) (2000);

DONE this 23rd day of February, 2008.

      /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE